UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUILLERMO ABREU,

                      Plaintiff,

-against-

KATHRYN MERCHAND and SCHNEIDER NATIONAL CARRIERS, INC.,

                      Defendants.

24-CV-1334 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    The deadline for the parties to file the post-discovery joint status letter, as outlined in Section 3(d) of the Court's Individual Rules and Practices in Civil Cases, elapsed on August 23, 2024. ECF No. 10. The parties did not file anything by that deadline. The parties are ORDERED to file this letter no later than **August 29, 2024**. Failure to comply with Court Orders and deadlines may result in sanctions, including dismissal.

Dated: August 27, 2024
       New York, New York

                                          SO ORDERED.

                                          JESSICA G. L. CLARKE
                                          United States District Judge