UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUILLERMO ABREU,

                              Plaintiff,

               -against-

KATHRYN MERCHAND and SCHNEIDER
NATIONAL CARRIERS, INC.,

                              Defendants.

24-CV-1334 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

        As discussed during the case management conference on October 16, 2024, the expert

discovery deadline is extended to December 6, 2024. Plaintiff's production of repair records

shall be complete by October 23, 2024. Any *Daubert* motions or motions for summary judgment

must be filed by January 10, 2025. Oppositions are due February 7, 2025. Replies are due

February 21, 2025.

Dated: October 16, 2024
       New York, New York

                                            SO ORDERED.

                                            JESSICA G. L. CLARKE
                                            United States District Judge